IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHASE BANK USA, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0273 |
| v. | ) |
| | ) Judge Lancaster |
| EVELYN L. HILLIS, | ) |
| | ) Magistrate Judge Caiazza |
| Defendant. | ) |

### ORDER OF COURT

AND NOW, this 29th day of May, 2007, it is hereby ORDERED that the above-referenced case is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE